**FORM 5**

UNITED STATES COURT OF INTERNATIONAL TRADE

**INFORMATION STATEMENT**

(*Place an "X" in applicable [ ]*)

| | |
|---|---|
| **PLAINTIFF:** Hubscher Ribbon Corp., Ltd. ("d/b/a Hubschercorp")<br><br>**ATTORNEY:**<br>John J. Kenkel, Esq<br>deKieffer & Horgan, PLLC<br>729 15th Street, NW, Suite 800<br>Washington, DC 20005 (202)783-6900<br>(202) 783-6909 (fax) | **PRECEDENCE**<br>If the action is to be given precedence<br>under Rule 3(g), indicate the applicable<br>paragraph of that section:<br>[ ] (1)  [X] (3)  [ ] (5)<br>[ ] (2)  [ ] (4) |

**J U R I S D I C T I O N**

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**
[ ] Appraisal [ ] Classification [ ] Charges or Exactions
[ ] Exclusion [ ] Liquidation [ ] Drawback
[ ] Refusal to Reliquidate [ ] Rate of Duty [ ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**
[ ] Appraisal [ ] Classification [ ] Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. § 1516a:** Appeal of U.S. Commerce calculation of antidumping margin—determination listed under *Section 516A (a)(2)*.

Subparagraph and Clause: **516A(a)(2)(B)(iii)**          Agency: DOC **ITA**
*Federal Register* Cite(s)__78 Fed Reg. 10130
 Product(s): **Narrow Woven Ribbons with Woven Selvedge from the People's Republic of China**

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2371**
[ ] U.S. Secretary of Labor [ ] U.S. Secretary of Commerce

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515**
(*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**
Agency: [ ] U.S. International Trade Commission          [ ] Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**
[ ] Sec. 641(b)(2)     [ ] Sec. 641(b)(3)     [ ] Sec. 641(c)(1)     [ ] Sec. 641(b)(5)
[ ] Sec. 641(c)(2)     [ ] Sec. 641(d)(2)(B)  [ ] Sec. 499(b)

(Continued on reverse side)

**J U R I S D I C T I O N**

(Continued)

**28 U.S.C. § 1581(h) - Ruling relating to:**
[ ] Classification    [ ] Valuation     [ ] Restricted Merchandise
[ ] Rate of Duty      [ ] Marking       [ ] Entry Requirements
[ ] Drawbacks         [ ] Vessel Repairs [ ] Other: _____

**28 U.S.C. § 1581(i)** - (*Cite any applicable statute and provide a brief statement describing jurisdictional basis.*)


**28 U.S.C. § 1582 - Actions Commenced by the United States**
[ ] (1) Recover civil penalty under Tariff Act of 1930:
[ ] Sec. 592           [ ] Sec. 593A      [ ] Sec. 641(b)(6)
[ ] Sec. 641(d)(2)(A)  [ ] Sec. 704(i)(2) [ ] Sec. 734(i)(2)
[ ] (2) Recover upon a bond
[ ] (3) Recover customs duties

**R E L A T E D  C A S E (S)**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?          **Yes**

|         PLAINTIFF          |   COURT NUMBER   |       JUDGE       |
| -------------------------- | ---------------- | ----------------- |

[ ] Decided:




[ ] Pending:  Hubscher Ribbons Corp Ltd.   13-00004        Honorable
              (d/b/a/ Hubschercorp)                        Timothy C.
                                                           Stanceau

This case has the same administrative review, same Plaintiff, and same issue regarding adverse facts available.



(Attach additional sheets, if necessary.)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000.)